■ LORRAINE L. CILENTO, Respondent, v JOHN J. CILENTO, Appellant, and FAITH G. MILLER, Respondent. [639 NYS2d 936] ■

The determination of the Supreme Court was not improper (see, Hughes v Hughes, 224 AD2d 389). Balletta, J. P., O'Brien, Ritter, Pizzuto and Altman, JJ., concur.